NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EARL THOMPSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1026, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

Earl Thompson moves for a 60-day extension of time, until October 14, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Elizabeth M. Hosford, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 8 2011

**JAN HORBALY**
**CLERK**